**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JUAN ANDRES REYES, | Case No.: 2:20-cv-00779-JAD-EJY |
| Petitioner | |
| v. | **Order Directing Action by June 19, 2020** |
| JAMES DZURENDA, et al., | |
| Respondents | |

Petitioner Juan Andres Reyes has submitted a *pro se* petition for writ of habeas corpus.[1] He has not, however, either paid the $5.00 filing fee or submitted a completed application to proceed *in forma pauperis* with the required inmate account statements for the past sixth months and financial certificate.[2] As a result, this matter has not been properly commenced.[3]

It is unclear from the papers presented whether a dismissal without prejudice could materially affect a later analysis of any timeliness issue with regard to a new federal action. Therefore, **Reyes has until June 19, 2020, to either pay the $5.00 filing fee or submit a completed application to proceed *in forma pauperis*** on the proper form with both an inmate account statement for the past six months and a properly executed financial certificate. Failure to do so may result in the dismissal of this action without prejudice.

---

[1] ECF No. 1-1.

[2] 28 U.S.C. § 1915(a)(2); Local Rule LSR1-2.

[3] *Id.*

1    **IT IS THEREFORE ORDERED** that Reyes has until June 19, 2020, to either pay the $5.00 filing fee or submit a completed application to proceed *in forma pauperis* on the proper form with both an inmate account statement for the past six months and a properly executed financial certificate. Failure to do so may result in the dismissal of this action without prejudice.

Dated: May 20, 2020

_____
U.S. District Judge Jennifer A. Dorsey