# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JUAN ANDRES REYES,

    Petitioner

v.

JAMES DZURENDA, et al.,

    Respondents

Case No.: 2:20-cv-00779-JAD-EJY

**Order Extending Briefing Deadline**

ECF No. 7

    Juan Andres Reyes brings this habeas corpus petition under 28 U.S.C. § 2254 to challenge the computation of his sentence for murder.[1]  Respondents move for an extension of time to file the response to Reyes's petition.[2]  Good cause appearing,

    IT IS THEREFORE ORDERED that respondents' motion for extension of time to file a response to the petition **[ECF No. 7] is GRANTED**.  Respondents must file their response on or before November 23, 2020.

    Dated: October 26, 2020

                                            _____
                                            U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 1-1.
[2] ECF No. 7.