UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JUAN ANDRES REYES,<br><br>　　　　Petitioner<br><br>v.<br><br>JAMES DZURENDA, et al.,<br><br>　　　　Respondents | Case No.: 2:20-cv-00779-JAD-EJY<br><br>**Order Granting Motion<br>to Extend Response<br>Deadline**<br><br>[ECF No. 9] |

　　　　Respondents move for a second extension of time to file a response to Juan Andres Reyes' pro se 28 U.S.C. § 2254 habeas corpus petition, arguing that despite his office's diligent efforts, he has yet to obtain the entire state-court record, which is necessary for the response.[1]  Good cause appearing,

　　　　IT IS HEREBY ORDERED that respondents' second motion for extension of time to file a response to the petition **[ECF No. 9] is GRANTED.  Respondents' deadline to file their response is extended to January 22, 2021.**

　　　　Dated: November 24, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 9.