# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JUAN ANDRES REYES,<br><br>    Petitioner<br><br>v.<br><br>JAMES DZURENDA, et al.,<br><br>    Respondents | Case No.: 2:20-cv-00779-JAD-EJY<br><br>**Order Granting Motion to Extend Time**<br><br>[ECF No. 12] |

    Good cause appearing, IT IS HEREBY ORDERED that respondents' third motion for extension of time to file a response to Juan Andres Reyes's pro se 28 U.S.C. § 2254 habeas corpus petition **[ECF No. 12] is GRANTED** *nunc pro tunc* to January 22, 2021, making the March 23, 2021, filing of respondents' motion to dismiss [ECF No. 14] timely.

    IT IS FURTHER ORDERED that petitioner must file his response to respondents' motion to dismiss, if any, by September 27, 2021.

Dated: August 24, 2021

                                                            _____
                                                            U.S. District Judge Jennifer A. Dorsey